CAUSE NO. C+
B18043-0905
B37661-1012

WRIT NO. 07-12-0109-

83,440-02

RECEIVED IN
COURT OF CRIMINAI APPEALS
JUL 1 6 2015
Abel Acosta, Clerk

IN THE TEXAS COURT OF CRIMINAL APPEALS

AT AUSTIN, TEXAS


IN RE: Martinez. Petronilo, **RELATOR**


ORIGINAL APPLICATION FOR WRIT OF MANDAMUS


TO THE HONORABLE JUDGES OF TEXAS COURT OF CRIMINAL
APPEALS:


COMES NOW, Martinez. Petronilo, RELATOR, In the instant cause and prays that the court will grant his original application for writ on Mandamus and would show the following:

### I.

On December 31, 2014, pursuant to Tex. Crimal Proc. Code. article 11.07, Relator filed his post-conviction habeas corpus application challenging his convictions in The State of Texas v. Martinez, Petronilo, cause number 07-12-0109-CR in the 242nd District Court of Hale County.

B18043-0905
B37661-1012

### II.

On December 31st, 2014 same pursuant to art. 11.07 filed by relator on the above date mentioned to have been filed to the 242nd District Court to having only received a response from HALE COUNTY CLERK allowing relator to acknowledge the court received The Writ of Habeas Corpus, art, 11.07.


### III.

In the pursuant to Writ of Habeas Corpus. art 11.07. concerning The States failure to respond to Relator Writ in Designation Issues seeked by filing of the above mentioning of Writ of Habeas Corpus. article 11.07.

### IV.

To my knowledge there was never any Order Issued directing Trial Counsel to file an Affidavit within 30 days of December 31st, 2014.

### V.

As of this date, no affidavit by counsel has been filed to my knowledge and the habeas corpus application are classified as inactive by the **HALE COUNTY CLERK.** The **HALE COUNTY DISTRICT CLERK:** District attorney and Judge, has each failed to the Writ of Habeas Corpus entitlement to receive a response as neither has responded and the Issues Submitted in Petition of the relator remain previously **unresolved.**

Matinez complains that Respondent, the Honorable presiding Judge of the 242nd District Court has violated two ministerial duties. First contrary to art. 11.07 more than 35 days have elapsed and the application have yet to be forwarded to this Court.

MArtinez, Petronilo, Relator
McConnell Unit
3001 S. Emily Dr.
Beeville Texas 78102
T.D.C.J # 1787690

IN THE TEXAS COURT OF CRIMINAL APPEALS

AT AUSTIN, TEXAS


IN RE Martinez, Petronilo


MOTION FOR LEAVE TO FILE

ORIGINIAL APPLICATION FOR WRIT OF MANDAMUS


TO THE HONORABLE JUDGES OF TEXAS COURT OF CRIMINAL

APPEALS


COMES NOW, Martinez, Petronilo, RELATOR, In the instant cause and prays the court will grant his Motion for Leave to file the attached original application for Writ of Mandamus.


Respectfully Submitted,


Martinez. Petronilo, Relator
McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102
T.D.C.J.# 1787690